USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. 4:14-cr-00438

USAO Number:     2012R23802

Magistrate Number:

CRIMINAL INFORMATION

United States Courts
Southern District of Texas
FILED

Filed     SEP 0 5 2014

Judge: _Harmon_

David J. Bradley, Clerk of Court

UNITED STATES of AMERICA

vs.

ATTORNEYS:

KENNETH MAGIDSON, USA     (713) 567-9000

Beinda Beek, AUSA     (713) 567-9000

| | | Appt'd | Private |
|---|---|---|---|
| Stephen B. Gray | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Securities Fraud (Insider Trading) [15 U.S.C. § 78j(b), 78ff; 17 C.F.R. § 240.10b-5].

PENALTY:   Ct. 1:  Imprisonment up to 20 years and a fine up to $5,000,000.  S/R - 3 years. S/A - $100.

NOTICE OF CRIMINAL FORFEITURE [28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(c)].

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: