UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § |
| v. | CRIMINAL NO: 4:14-cr-00438 |
| Stephen B. Gray | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a __CRIMINAL INFORMATION__ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on 9/15/14 at 10:00 am. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

Stephen B. Gray
2711 Tudor Manor
Houston, Texas 77082

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on September 8, 20 14.

_____
UNITED STATES MAGISTRATE JUDGE