UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| vs. | )( CRIMINAL NO. 4:14-CR-438 |
| STEPHEN B. GRAY | )( |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Albert M. Fong of the Old Cotton Exchange Building, 202 Travis, Suite 305, Houston, Texas 77002, Telephone Number (713) 223-4727, Facsimile (713) 223-3819, E-Mail address albert.fong@sbcglobal.net, Federal Identification Number 13702, Attorney for Stephen B. Gray, Defendant in the above-referenced and numbered cause of action, and hereby gives notice of his appearance before this Court.

I further certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Albert M. Fong
_____
Albert M. Fong

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered via the ECF system to all interested parties on this the 8th day of September, 2014.

/s/ Albert M. Fong
_____
Albert M. Fong