AO 83 (Rev. 06/09) Summons in a Criminal Case

(4-14-CR-438)

RECEIVED
UNITED STATES MARSHAL

14 SEP -8 PM 3:50

SOUTHERN DIST. S/TX

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEPHEN B. GRAY | ) Case No. 4:14cr438 | |
| Defendant | ) | |

United States Courts
Southern District of Texas
FILED

SEP 1 2 2014

David J. Bradley, Clerk of Court

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: | United States Courthouse<br>515 Rusk St<br>Houston, Texas 77002 | Courtroom No.: 702, 7th Floor |
|---|---|---|
| | | Date and Time: 09/15/2014 10:00 am |

This offense is briefly described as follows:
Securities Fraud 15 USC 78j(b)

Date: 09/08/2014

_Issuing officer's signature_

Alisha Maly-Watson, Deputy Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 9-10-14

_Server's signature_

DUSM JW CARRELL
_Printed name and title_